# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Charlene Goode, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00218-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Outback Steakhouse of Florida, LLC Bloomin' Brands, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2017 Order.

May 4, 2017

_____

Frank G. Johns, Clerk
United States District Court